UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY JEAN TURNER

vs.

CIVIL ACTION NO. 07-CV-01105-RMU

MR. MICHAEL CHERTOFF
DEPARTMENT OF HOMELAND SECURITY

AFFIDAVIT OF SERVICE

I, Betty Jean Turner, hereby declare that on the 19th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to the U.S. Attorney General. Attached hereto is the certified green car acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Avenue
NW.
Washington, D.C.
20530

2. Article Number (Transfer from service label)    7007 0220 0004 2705 9081

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 2 6 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

_[signature]_
Betty Jean Turner
273 Amazon Lane
Laurel, MD   20724
240-354-7096

**RECEIVED**
JUL 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT