UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


BETTY JEAN TURNER

CIVIL ACTION NO. 07-CV-01105-RMU

vs.

MR. MICHAEL CHERTOFF
DEPARTMENT OF HOMELAND SECURITY


AFFIDAVIT OF SERVICE

I, Betty Jean Turner, hereby declare that on the 19th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green car acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney for D.C.
501 Third Street, NW
Washington, D.C.
20001

2. Article Number (Transfer from service label): 7007 0220 0004 2705 9098

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: JUN 27 2007

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

_[signature]_
Betty Jean Turner
273 Amazon Lane
Laurel, MD 20724
240-354-7096

**RECEIVED**
JUL 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT