

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BETTY JEAN TURNER**

vs.

CIVIL ACTION NO. CV-01105-RMU

**MR. MICHAEL CHERTOFF**
**DEPARTMENT OF HOMELAND SECURITY**

### AFFIDAVIT OF SERVICE

I, Betty Jean Turner, hereby declare that on the 19th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to Michael Chertoff, U.S. Department of Homeland Security. Attached hereto is the certified green car acknowledging service.

Betty Jean Turner
3273 Amazon Lane
Laurel, MD   20724
240-354-7096

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Michael Chertoff
   DHS Murray Lane, S.W.
   Bldg 410
   Washington, D.C. 20528

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   AUG 3 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY ✓ #157

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes