**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BETTY JEAN TURNER,** | ) | |
| | ) | |
| **Plaintiff pro se,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 07-1105 (RMU)** |
| | ) | |
| **MICHAEL CHERTOFF, Secretary,** | ) | |
| **Department of Homeland Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a thirty day extension of time, to and including October 25, 2007, within which to respond to plaintiff's Complaint.  This is Defendant's counsel's first request for an enlargement of time for this purpose. Undersigned counsel attempted to speak with plaintiff to obtain her position on this motion, but was only able to leave a message on plaintiff's telephone voice mail.  At the time of filing this motion, plaintiff has not returned this phone call.

For cause, Defendant states as follows:

1.  The United States Attorney's Office was served with plaintiff's Complaint on July 27, 2007, thus requiring the filing of its response on or before September 25, 2007.

2.  Because of the demands of his caseload, including the preparation of substantial motions and discovery, undersigned counsel has been unable to complete defendant's response to the Complaint.  Defendant plans to file a dispositive motion in this case, and requests an additional thirty days to complete the preparation of a dispositive motion.

3.  The requested enlargement of time would be in the interests of justice and would not

unduly prejudice plaintiff.

    4.  Defendant is filing this motion for extension of time four business days in advance of

the September 25, 2007 deadline, as the Court requires.

    For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted.[1]


Dated: September 20, 2007.

                                Respectfully submitted,


                                ____/s_/_____
                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney



                                ____/s/_____
                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                Assistant United States Attorney



                                __/s/_____
                                ALEXANDER D. SHOAIBI,
                                Assistant United States Attorney
                                5O1 Third Street, N.W., Rm E-4818
                                Washington, D.C.  20530
                                (202) 514-7236


[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is
attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this **20th** day of September, 2007, I caused the foregoing

**Defendant's First Motion for Enlargement of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

> Betty Jean Turner
> 3273 Amazon Lane
> Laurel, MD 20724

/s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BETTY JEAN TURNER,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| **v.** ) | **C. A. No. 07-1105 (RMU)** |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **Department of Homeland Security,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

    **UPON CONSIDERATION** of defendant's first motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before October 25, 2007.


                                            _____
                                            UNITED STATES DISTRICT JUDGE

Dated: _____, 2007