UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JEAN TURNER, ) | |
| ) | |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | C. A. No. 07-1105 (RMU) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for an additional two week extension of time, to and including November 8, 2007, within which to respond to plaintiff's Complaint. This is Defendant's second request for an enlargement of time for this purpose. Undersigned counsel attempted to speak with plaintiff to obtain her position on this motion, but was only able to leave a message on plaintiff's telephone voice mail. At the time of filing this motion, plaintiff has not returned this phone call. Defendant notes, however, that several days after the filing of defendant's first motion for enlargement of time to file a response to the Complaint, plaintiff left a message on the voice mail of undersigned counsel, stating that she did not oppose defendant's request for additional time to respond to her Complaint.

For cause, Defendant states as follows:

1. Undersigned counsel has not received the documentation from agency counsel necessary for the preparation and filing of defendant's response to the Complaint in this case.

2. Although it is possible that undersigned counsel will obtain this documentation from agency counsel in time to file defendant's response to the Complaint on or before the present

filing deadline of October 25, 2007, this motion for enlargement of time is being filed to protect defendant's interests in case the aforementioned documents are not received in time.

    3.  Undersigned counsel has been unable to contact agency counsel to determine the likelihood that a response to the Complaint can be filed by the present filing deadline.

    4.  The requested enlargement of time would be in the interests of justice and would not unduly prejudice plaintiff.

    For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: October 19, 2007.

                              Respectfully submitted,

                              ___/s_/_____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              ____/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              __/s/_____
                              ALEXANDER D. SHOAIBI,
                              Assistant United States Attorney
                              5O1 Third Street, N.W., Rm E-4818
                              Washington, D.C.  20530
                              (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __19th__ day of October, 2007, I caused the foregoing **Defendant's Second Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

> Betty Jean Turner
> 3273 Amazon Lane
> Laurel, MD 20724

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ALEXANDER D. SHOAIBI
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Case 1:07-cv-01105-RMU    Document 6    Filed 10/19/2007    Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY JEAN TURNER,** | ) |
| | ) |
|     **Plaintiff pro se,** | ) |
| | ) |
|     v. | )    C. A. No. 07-1105 (RMU) |
| | ) |
| **MICHAEL CHERTOFF, Secretary,** | ) |
|     Department of Homeland Security, | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

**UPON CONSIDERATION** of defendant's second motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before November 8, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007