*United States District Court*
*for the District of Columbia*

the __15th__ day of __January__ 20__08__

__Betty Jean Turner__
                    vs.                    Civil Action No. __07-01105-RMU__

__Michael Chertoff__
__Department of Homeland Security__

The Clerk of said Court will __note the change of address to: Betty Jean Turner 14732 Myer Terrace Rockville, Md 20853__

__Betty Jean Turner / Pro Se__
(Name)          (Bar ID)                          (Name)          (Bar ID)

__14732 Myer Terrace__
__Rockville, Md 20853__
         (Address)                                       (Address)

__301-460-1371__
(Phone Number)                                   (Phone Number)

(Attorney for)                                   (Attorney for)

**RECEIVED**

JAN 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRAECIPE
CO-525 (1/06)