UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY JEAN TURNER,

Plaintiff, pro se,

v.

                              C. A. No. 07-1105 (RMU)

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security,

Defendant.

## PLAINTIFF'S MOTION FOR COURT APPOINTED ATTORNEY ASSIGNMENT

     Honorable Judge Urbina: It is requested that this honorable court grant Plaintiff, Betty Jean Turner, a Court-Appointed Attorney for cited case, if at all possible.

     If a Court-Appointed Attorney is not possible, Plaintiff would like to request an extension be granted for status hearing, and future scheduled dates until a representative is soon identified.

     Being without a job for almost one and one half years makes it very difficult for plaintiff to find an affordable attorney to pursue the justice deserved.

**RECEIVED**

FEB 0 8 2008

Clerk, U.S. District and
  Bankruptcy Courts

Therefore it is requested that more time be allowed to identify representation.

Your consideration of this request would be greatly appreciated.

Respectfully,

*Betty Jean Turner*  2/8/08
Betty Jean Turner
14732 Myer Terrace
Rockville, MD  20853

301-460-2712
240-354-7096

**CERTIFICATE OF SERVICE**

I hereby certify that on this **8th** day of February, 2008, I caused the foregoing **Plaintiffs Motion for court appointed attorney** to be served at Defendants, emailed address instead of certified mail as follows:

ALEXANDER D. SHOAIBI (Shoaibi, Alexander D. (USADC)"
<Alexander.D.Shoaibi@usdoj.gov>
Assistant United States Attorney

*/s/ Betty Jean Turner*

**Betty Jean Turner, Pro Se**
**14732 Myer Terrace**
**Rockville, MD  20853**
**301-460-2712 (Home)**
**240-354-7096 (Cell)**