UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETTY JEAN TURNER,                :
                                  :
Plaintiff, pro se,                :
                                  :
v.                                :
                                  :
                                  :  C. A. No. 07-1105 (RMU)
                                  :
MICHAEL CHERTOFF, Secretary,      :
Department of Homeland Security,  :
                                  :
Defendant.                        :

## PLAINTIFF'S MOTION FOR AN EXTENTION OF TIME

       I, Judge Ricardo Urbina agree to grant Plaintiff additional time for status hearing, and subsequent scheduled hearing submissions, in reference to the above cited request,

_____                    _____
Date                                      Honorable Judge Ricardo Urbina

**RECEIVED**

FEB - 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT