UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JEAN TURNER, ) | |
| ) | |
|     Plaintiff pro se, ) | |
| ) | |
| v. ) | C. A. No. 07-1105 (RMU) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
|     Department of Homeland Security, ) | |
| ) | |
|     Defendant. ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a one week extension of time, to and including March 10, 2008, within which to file its dispositive motion in this case. This is Defendant's counsel's first request for an enlargement of time for this purpose. Undersigned counsel attempted to speak with plaintiff to obtain her position on this motion, but was only able to leave a message on plaintiff's telephone voice mail. At the time of filing this motion, plaintiff has not returned this phone call.

For cause, Defendant states as follows:

1. Undersigned counsel has been working diligently on preparation of the dispositive motion in this case, but is awaiting a transcript of the January 15, 2008 status hearing, in which plaintiff elaborated on her claims. Undersigned counsel believes a transcript of plaintiff's statements at this hearing will be essential to preparation of the dispositive motion.

2. The court reporter who is transcribing the above hearing just informed undersigned counsel that because of scheduling conflicts, she is unable to complete the transcript of the above hearing by Thursday February 28, 2008, and it is unclear whether she will be able to provide a

transcript by Friday, February 29, 2008, the last business day prior to the March 3, 2008 filing deadline.

     3. Undersigned counsel apologizes to the Court for filing this motion in fewer than four business days in advance of the March 3, 2008 filing date as called for by the Standing Order in this case, but he became aware of the potential for late receipt of the above transcript after the four business day window had passed.

     4. The requested enlargement of time would be in the interests of justice and would not unduly prejudice plaintiff.

     5. In conjunction with the request for a one week enlargement of the dispositive motion filing deadline from March 3, 2008 to March 10, 2008, defendant also moves that the deadline for plaintiff's opposition be enlarged one week from April 29, 2008 to May 6, 2008, and that the deadline for defendant's reply be enlarged one week from May 6, 2008 to May 13, 2008.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: February 28, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **28th** day of February, 2008, I caused the foregoing **Defendant's First Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

> Betty Jean Turner
> 3273 Amazon Lane
> Laurel, MD 20724

       /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY JEAN TURNER,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| v. ) | **C. A. No. 07-1105 (RMU)** |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **Department of Homeland Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**UPON CONSIDERATION** of defendant's first motion for enlargement of time to file dispositive motion, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before March 10, 2008, plaintiff shall file her opposition on or before May 6, 2008, and defendant shall file its reply on or before May 13, 2008..

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008