UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY JEAN TURNER,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| v. ) | C. A. No. 07-1105 (RMU) |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
|   Department of Homeland Security, ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION

Please note that defendant, by counsel, withdraws defendant's "First Motion for Extension of Time to File Dispositive Motion" (Docket # 14).  Undersigned counsel learned today from the Court' reporter that the January 15, 2008 Minute Entry on Pacer that "Dispositive Motions are due by 3/3/2008" is incorrect, and that, in fact, this Court set the Dispositive Motion deadline for March 31, 2008 at the January 15, 2008 hearing.  Defendant's request for an extension of time is, therefore, moot.

Dated: March 3, 2008.

                                              Respectfully submitted,

                                              ___/s_/_____
                                              JEFFREY A. TAYLOR, D.C. BAR #498610
                                              United States Attorney

                                              ____/s/_____
                                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                                              Assistant United States Attorney

\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this __2nd__ day of March, 2008, I caused the foregoing **Defendant's Notice of Withdrawal of First Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>Betty Jean Turner
>3273 Amazon Lane
>Laurel, MD 20724

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

Case 1:07-cv-01105-RMU    Document 15    Filed 03/03/2008    Page 4 of 4