UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JEAN TURNER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary,<br>　　Department of Homeland Security,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-1105 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

　　The Clerk of the Court will please enter the appearance of Hartmut Schneider, a member of the Bar of this Court, as counsel of record for the plaintiff in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ Hartmut Schneider
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hartmut Schneider (DC Bar # 499258)
　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　(202) 663-6948
　　　　　　　　　　　　　　　　　　　　　(202) 663-6363 fax

Dated:  March 13, 2008