UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JEAN TURNER, | ) |
|     Plaintiff pro se, | ) |
| v. | ) C. A. No. 07-1105 (RMU) |
| MICHAEL CHERTOFF, Secretary, | ) |
|     Department of Homeland Security, | ) |
|     Defendant. | ) |

## DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a one week extension of time, to and including April 7, 2008, within which to file its dispositive motion in this case. This is Defendant's counsel's first request for an enlargement of time for this purpose. Undersigned counsel spoke with plaintiff's counsel regarding this motion, and plaintiff's counsel consents to defendant's obtaining the requested enlargement of time.

For cause, defendant states as follows:

1. Obligations in other cases necessitate defendant's counsel requesting a one week enlargement of time in this case. Undersigned counsel has been occupied preparing lengthy dispositive motions in the cases of Felder v. Johanns (CKK) and Bullock v. FBI, et al. (ESH) over the past two weeks, and he is in the process of preparing a dispositive motion for filing later this week in the case of Neff v. FBI, et al. (RCL). In addition, undersigned counsel presently is drafting a dispositive motion for filing in the D.C. Court of Appeals next week in the case of Public Citizen v. OMB.

2. Preparation of the above motions, along with other discovery and mediation

responsibilities in other cases, will prevent counsel from finalizing defendant's dispositive motion in time for filing on March 31, 2008. An additional week will provide sufficient time for the filing of defendant's motion, however.

3. Undersigned counsel files this motion for enlargement of time four business days in advance of the March 31, 2008 filing date as called for by the Standing Order in this case.

4. The requested enlargement of time would be in the interests of justice and would not unduly prejudice plaintiff.

5. In conjunction with the request for a one week enlargement of the dispositive motion filing deadline from March 31, 2008 to April 7, 2008, defendant also moves that the deadline for plaintiff's opposition be enlarged one week from April 29, 2008 to May 6, 2008, and that the deadline for defendant's reply be enlarged one week from May 6, 2008 to May 13, 2008.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: March 25, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

       __/s/_____
       ALEXANDER D. SHOAIBI,
       D.C. Bar #423587
       Assistant United States Attorney
       5O1 Third Street, N.W., Rm E-4818
       Washington, D.C.  20530
       (202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this  **25th**  day of March, 2008, I caused the foregoing **Defendant's First Motion for Enlargement of Time** to be served through the ECF system.

                                    /s/
                                    ALEXANDER D. SHOAIBI
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BETTY JEAN TURNER,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| v. ) | C. A. No. 07-1105 (RMU) |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **Department of Homeland Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**UPON CONSIDERATION** of defendant's first motion for enlargement of time to file dispositive motion, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before April 7, 2008, plaintiff shall file her opposition on or before May 6, 2008, and defendant shall file its reply on or before May 13, 2008..

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008