UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETTY JEAN TURNER, )<br>  )<br>           Plaintiff, )<br>  )<br>    v. )<br>  )<br>MICHAEL CHERTOFF, Secretary, )<br>     Department of Homeland Security, )<br>  )<br>           Defendant. )<br>_____) | Civil Action No. 07-1105 (RMU) |

## PLAINTIFF'S FIRST MOTION FOR CHANGE OF BRIEFING SCHEDULE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff Betty Jean Turner respectfully moves for a change of the current briefing schedule, to allow the plaintiff to amend her complaint. This is plaintiff's first request for this purpose. As stated below, defendant consents to this motion and to an amendment of the complaint.

For cause, plaintiff states as follows:

1. Plaintiff has recently obtained counsel to represent her in this matter in a pro bono capacity. Plaintiff has worked with her counsel to develop the facts of the case and the basis of her grievances. Plaintiff and her counsel believe it would facilitate resolution of this matter, and save the Court's and the parties' valuable resources, if the plaintiff were allowed to amend her complaint within the time frame set forth below.

2. Plaintiff and her counsel continue to gather information that will be necessary to amend the complaint, including by obtaining copies of certain documents in the administrative

record.[1]  This process has taken longer than expected, in part because plaintiff has recently moved residences.

      3.      On April 2, 2008, defendant's counsel consented to the plaintiff's amending the complaint and to the following proposed briefing schedule: plaintiff would file her amended complaint on or before April 30, 2008.  Defendant would file his response to the amended complaint on or before June 2, 2008.  Plaintiff would file her opposition to any dispositive motion on or before June 23, 2008, and defendant would file his reply on or before June 30, 2008.

      4.      Plaintiff respectfully requests that the Court enter the attached proposed order modifying the existing briefing schedule.  The requested change of briefing schedule would be in the interest of justice and would not unduly prejudice defendant.

      5.      Because this motion is being filed less than 4 business days prior to the current April 7, 2008 deadline for defendant's dispositive motion, as called for by the Standing Order in this case, the parties jointly contacted chambers by telephone on April 2, 2008 to advise the Court of their discussions and the imminent motion.

For the foregoing reasons, plaintiff respectfully requests than this motion for a change of the briefing schedule be granted.  A proposed order consistent with this motion is attached.

---

[1]    Plaintiff greatly appreciates the assistance that defendant's counsel has provided her in this respect.

- 3 -

        Respectfully submitted,

  /s/ Hartmut Schneider
_____
Hartmut Schneider (DC Bar # 499258)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6948
(202) 663-6363 fax

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of April, 2008, I caused the foregoing Plaintiff's First Motion for Change of Briefing Schedule to be served through the ECF system.

                            /s/ Hartmut Schneider
                            _____
                            Hartmut Schneider (DC Bar # 499258)
                            Wilmer Cutler Pickering Hale and Dorr LLP
                            1875 Pennsylvania Avenue, NW
                            Washington, DC 20006
                            (202) 663-6948
                            (202) 663-6363 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETTY JEAN TURNER,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL CHERTOFF, Secretary,<br> Department of Homeland Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) **Civil Action No. 07-1105 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of plaintiff's first motion for change of briefing schedule, it is hereby ORDERED that the motion is GRANTED. Plaintiff shall file her amended complaint on or before April 30, 2008. Defendant shall respond on or before June 2, 2008. Plaintiff shall file her opposition to any dispositive motion on or before June 23, 2008, and defendant shall file his reply on or before June 30, 2008.

                     _____
                     UNITED STATES DISTRICT JUDGE

Dated: _____ , 2008

- 2 -

Copies to:

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| Hartmut Schneider (DC Bar # 499258) | Alexander D. Shoaibi (D.C. Bar # 423587) |
| Wilmer Cutler Pickering Hale and Dorr LLP | Assistant United States Attorney |
| 1875 Pennsylvania Avenue, NW | 501 Third Street, N.W., Rm E-4818 |
| Washington, DC 20006 | Washington, DC 20530 |
| (202) 663-6948 | (202) 514-7236 |

- 2 -