UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JEAN TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1105 (RMU) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Michael Loatman, a member of the Bar of this Court, as counsel of record for the plaintiff in the above-captioned case.

                                        Respectfully submitted,

                                        /s/ Michael Loatman
                                        _____
                                        Michael O. Loatman (DC Bar # 500484)
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        1875 Pennsylvania Avenue, NW
                                        Washington, DC 20006
                                        (202) 663-6048
                                        (202) 663-6363 fax

Dated: April 22, 2008