UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETTY JEAN TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1105 (RMU) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of William Kolasky, a member of the Bar of this Court, as counsel of record for the plaintiff in the above-captioned case.

Respectfully submitted,

 /s/ William Kolasky
_____
William J. Kolasky (DC Bar # 217539)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6357
(202) 663-6363 fax

Dated:  April 29, 2008