UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTY JEAN TURNER, ) | |
| ) | |
|    Plaintiff Pro Se, ) | |
| ) | |
|               v. ) | C.A. No. 07-1105 (RMU) |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
|    Department of Homeland Security ) | |
| ) | |
|    Defendant. ) | |

**ANSWER TO AMENDED COMPLAINT**

**COMES NOW** Defendant Michael Chertoff, in his official capacity as Secretary of the United States Department of Homeland Security (hereinafter referred to as "Defendant"), by and through the United States Attorney for the District of Columbia, and hereby answers the allegations brought against him in the Complaint filed by the Plaintiff Betty Jean Turner:

FIRST DEFENSE

The Complaint contains certain claims upon which relief may not be granted.

SECOND DEFENSE

Defendant reserves the right to amend its Answer to Amended Complaint should facts learned in discovery so warrant. Defendant also reserves the right to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

## THIRD DEFENSE

Defendant denies each and every allegation in the Complaint except as may be expressly and specifically admitted. Defendant responds to the numbered and unnumbered paragraphs and prayers for relief as follows:

1. Admit, except that Plaintiff was not employed at the Coast Guard Headquarters after September 30, 2005.

2. Deny.

3. Deny.

4. Admit, except to Deny Plaintiff's characterization of Defendant's actions.

5. Admit.

6. Admit, except to Deny that the employment practice was unlawful.

7. Deny.

8. Admit.

9. Admit.

10. Admit.

11. Admit sentences 1 and 2; Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this paragraph, and, therefore, they are denied.

12. Admit.

13. Admit.

14. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of sentences one and two of this paragraph, and, therefore, they are denied. The remainder of the paragraph is denied.

15. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

16. Admit sentence 1. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this paragraph, and, therefore, they are denied.

17. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

18. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

19. Deny.

20. Deny.

21. Deny.

22. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. Deny.

35. Deny.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Admit sentences one and two of this paragraph; Deny the remainder of this paragraph.

41. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

42. Deny.

43. Deny.

44. Deny.

45. Deny.

Case 1:07-cv-01105-RMU    Document 24    Filed 06/02/2008    Page 4 of 11

46. Deny.

47. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

48. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

49. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

50. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

51. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

52. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

53. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

54. Defendant denies the existence of any retaliation against Plaintiff.  Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this paragraph, and, therefore, they are denied.

55. Defendant denies the existence of any retaliation against Plaintiff. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this paragraph, and, therefore, they are denied.

56. Defendant denies the existence of any retaliation against Plaintiff. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this paragraph, and, therefore, they are denied.

57. Deny, except to admit that Plaintiff's procedural history is complex.

58. Admit.

59. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

60. Admit sentence one of this paragraph; Deny sentence two of this paragraph.

61. Admit sentences one and two of this paragraph.  Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the remaining allegations of this paragraph, and, therefore, they are denied.

62. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

63. Admit sentence one of this paragraph; Deny sentence two of this paragraph.

64. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

65. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

66. Admit.

67. Admit.

68. Deny; except to admit that on or about March 30, 2005, Plaintiff received a letter informing her that she had the right to file a formal discrimination complaint.

69. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

70. Deny.

71. Deny.

72. Admit.

73. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

74. Admit.

75. Admit.

76. Deny; except to Admit that Plaintiff brought an MSPB action on December 13, 2006.

77. Admit.

78. Admit.

79. Deny.

80. Admit.

81. Admit, except to Deny that the final decision was erroneous.

82. This paragraph contains a legal conclusion to which Defendant is not required to respond.

83. Admit.

84. Admit.

85. No response is required to this paragraph.

86. Defendant admits that Plaintiff filed the described complaints. The remainder of the paragraph contains legal conclusions to which Defendant is not required to respond.

87. Deny.

88. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

89. Deny.

90. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

91. Deny.

92. No response is required to this paragraph.

93. Deny.

94. Deny.

95. Defendant is without sufficient information to form a reasonable belief regarding the truth or falsity of the allegations of this paragraph, and, therefore, they are denied.

96. Deny.

97. Deny.

98. No response is required to this paragraph.

99. Deny.

100. Deny.

101. Deny.

102. Deny.

Defendant is not required to respond to Plaintiff's Prayer for Relief or Jury Demand; nonetheless, Defendant avers that Plaintiff is not entitled to any relief whatsoever.

Respectfully submitted,
\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on this  2nd   day of June, 2008, I caused the foregoing **Defendant's Answer** to be served on plaintiff's counsel through the ECF system.

  /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney