REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: "H"

| CAUSE OF ACTION: | Job Discrimination (Employment | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 07-1105 | DATE REFERRED:<br>June 24, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussion | JUDGE:<br>Ricardo M. Urbina | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| Betty Jean Turner | Michael Chertoff, Secretary, Department of Homeland Security |

ENTRIES:

Case referred to Magistrate Judge Facciola for settlement disscussion, the specific date and time to be scheduled by Magistrate Judge Facciola's chambers.